In The Court of Criminal Appeals 12,375-25
At Austin, Texas

Herbert Feist,
    Relator,

vs.                              Case No. _____
252nd Criminal District Court
of Jefferson County, Texas
    Respondent.

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 24 2015
Abel Acosta, Clerk

## REQUEST

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Tx, 78711.

This document contains some
pages that are of poor quality
at the time of imaging.

Greetings, I am the pro-se Relator,
in the above style of action.
    I, would like for you to file and present to
the Court for Citation/Summons to issue in this
Mandamus, to be served on the above said
Respondent.
    In additional please mark one copy filed
with the date and time of filing and return
it to me
    As always your prompt attention in this
matter is deeply appreciated.
                    Sincerely,
                    s/Herbert Feist
                    Herbert Feist # 18805
                    5030 Hwy 69 South
                    Beaumont, Tx. 77705

## Citation / Summons

To: 252nd Criminal District Court of Jefferson County, Texas

Greetings:

You Are hereby Commanded to Appear and Answer before the Court of Criminal Appeals, At or before 10:00 o'clock Am of the Monday next After the expiration of 20 days from the date of Service of this Citation/Summons, then and there to Answer the Petition of Herbert Feist, Relator, for Writ of Mandamus. Filed in said court on the ____ day of ____, 20__, Respondent. Said cause being Numbered _____ on the docket of said court, the Nature of which demands Mandamus Relief, and Sanctions, for failure to comply.

I ssued And Given under my Hand and Seal of Said Court, At ____ County, Texas, on this ____ day of ____, 20__.

_____
Clerk

## RETURN

The officer executing this return, shall promptly serve the same According to the requirements of law and mandates hereof, And make due return As the law directs, with date and time of service.

In The Court of Criminal Appeals
At Austin, Texas

In re:

Herbert Feist,
    Relator,

vs.

    Case No. _____

252nd Criminal District Court of
Jefferson County, Texas
    Respondent.

## Petition For Writ of Mandamus

To The Honorable Judge of Said Court:

Comes Now, Relator Herbert Feist, in the above style of action, who makes and files this his Petition for Writ of Mandamus, and would respectfully show unto this Honorable Court, the following, to wit;

### I.
### Jurisdiction

Jurisdiction is hereby invoked over the parties and subject matter, and the Common Law interest of the State of Texas.

### II.
### Venue

Venue is proper, the claim and parties arose in this region.

### III.
### Parties

Relator: Herbert Feist, is and was at all times mention incarcerated at Jefferson County Jail; 5030 Hwy 69 South; Beaumont, Tx. 77705.

Respondent: 252nd Criminal District Court of Jefferson County, Texas, 1001 Pearl St. Beaumont, Tx. 77701.

## IV.

## Nature of the Case

In 1978, 1979, Relator was convicted of the offense of "unauthorize use of a motor vehicle, cause No. 36429, and robbery 36678." In 1995 evidence came out for the first time that shock probation was'nt given. The judge illegally engaged in backdating the entire 13 year sentence two 8 years, stacked on 3 five yrs.

Which cause, this illegal case to be used as an enhancement in case no. 39295, After Relator had writ Abuse entered in case 39295, he did'nt never know until late-yet writ Abuse Never been removed.

Case No. 36429, and 36678, is now being used as an enhancement, and for the first time Relator has Attempted to file A Writ of Habeas Corpus, And kept trying for a year now. The district court refuse to Accept Any writ with these cause No. 36429, and 36678. Knowing they have never been litigated.

Relator then sought leave to file directly in this Honorable Court, (See Motion for Leave April 2, 2015).

Relator, has tried unsuccessfully in the

District Court in Austin, and the 9th Appeals court, who refused to accept Mandamus.

The prosecutor in the 252nd Court is aware of Relator efforts, yet manipulate the court into charging a State Jail Evading Offense as a Second Degree. Cause No. 14-19584.

It is and never been No statute to support backdating. Relator contention is why wait until After an conviction to remedy this problem on Appeal knowing he will be incarcerated Nearly two years before Any Appeal is heard, And he has been incarcerated A year And A half without going to trial.

Now, All causes is used As enhancement, in which Are void, due to being used before jury.

In order for these habeas not to be heard the Prosecutor "falsified Official Government Documents" lied to Judge Stevens, in order to Manipulate the trial court, Knowingly And intentionally using void priors.

Finally Relator filed A Number of Documents Asking this court to hear the writ. Due to his parole being violated on this illegal void conviction. Trial Attorney does Nothing, files Nothing, Investigate Nothing

## V.
## Equity

Relator, has no plan, adequate or complete remedy of law to redress the wrongs described herein, unless this Honorable Court grant the requested relief.

## VI.

Wherefore Premises Considered, Relator prays that the requested relief be had.

1). That all priors are void, and can't be used as enhancements;

2). That prior 39295 cause no. writ Abuse be removed, because Judge Gist affidavit, and statement clearly show Relator could not have known backdating was used prior to writ Abuse in jury trial.

## Certificate of Service

I, Herbert Feist, certify that I have mailed a true and correct copy of Mandamus to 252nd District Court; 1001 Pearl St.; Beaumont, Tx. 77701, on this 22 day of Sept. 2015.

Respectfully
S/Herbert Feist
Herbert Feist #18805
Jefferson County Jail
5030 Hwy 69 South
Beaumont, Tx. 77705

State of Texas
County of Jefferson

## Vertification Affidavit

Judge John Stevens, stated in his Report And Recommendation for Sancations Against me. That I filed habeas corpus M, N, And O, all under Cause No. 39295, Agg. Robbery, 1981.

I, stated I filed two writs under 36429 And 36678, unauthorize use of A motor vehicle, And robbery, both in 1978.

I, included A Memorandum of Law, And sent A copy to The Court of Criminal Appeals who have Affixed their stamp, proving the cause I have litigated.

They claim no litigation is pending inspite of trial courts claims writs been constantly filed since 7-1-14, till now.

Attached is their vertification; Why the trial court refuse to hear these writs.

Done on this 3 day of February, 2015

Thank you,

Herbert Feist

Herbert Feist 18805